UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re: §
§
LEAL, FIDENCIO § Case No. 19-13085
LEAL, EDWINA G. §
§
Debtors §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SUSAN MANCHESTER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,933.00 |
| Total Distributions to Claimants:  2,147.44 | Claims Discharged<br>Without Payment:  131,962.32 |
| Total Expenses of Administration:  1,996.56 | |

3) Total gross receipts of $ 4,144.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 4,144.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,164.00 | 2,164.00 | 1,996.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 75,149.00 | 58,960.76 | 58,960.76 | 2,147.44 |
| **TOTAL DISBURSEMENTS** | $ 75,149.00 | $ 61,124.76 | $ 61,124.76 | $ 4,144.00 |

4)  This case was originally filed under chapter 7 on 07/29/2019 . The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/01/2021                    By:/s/SUSAN MANCHESTER, TRUSTEE
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MINERAL INTEREST | 1210-000 | 3,850.00 |
| 2019 TAX REFUND | 1224-000 | 294.00 |
| TOTAL GROSS RECEIPTS | | $4,144.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:SUSAN MANCHESTER, TRUSTEE | 2100-000 | NA | 1,036.00 | 1,036.00 | 1,036.00 |
| TRUSTEE EXPENSES:SUSAN MANCHESTER, TRUSTEE | 2200-000 | NA | 27.75 | 27.75 | 27.75 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 2.12 | 2.12 | 2.12 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):SUSAN MANCHESTER | 3110-000 | NA | 429.25 | 429.25 | 413.25 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):SUSAN MANCHESTER | 3120-000 | NA | 16.00 | 16.00 | 16.00 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:DAKIL AUCTIONEERS | 3610-000 | NA | 501.44 | 501.44 | 350.00 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:DAKIL AUCTIONEERS | 3620-000 | NA | 151.44 | 151.44 | 151.44 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,164.00 | $ 2,164.00 | $ 1,996.56 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capitalone Auto P.o.B. 259407 Plano, TX 75025 | | 0.00 | NA | NA | 0.00 |
| | Express Loans 510 W. Broadway Enid, OK 73701 | | 800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Life Emergency Medical Services 302 W. Maple Enid, OK 73701 |  | 900.00 | NA | NA | 0.00 |
|  | Love Beal Nixon P.O.B. 32738 Oklahoma City, OK 73123 |  | 0.00 | NA | NA | 0.00 |
|  | Merrick Bank P.O.B. 66072 Dallas, TX 75266 |  | 0.00 | NA | NA | 0.00 |
|  | Navient P.O.B. 9635 Wilkes Barre, PA 18773 |  | 38,000.00 | NA | NA | 0.00 |
|  | OECU P.O.B. 24027 Oklahoma City, OK 73124 |  | 17,000.00 | NA | NA | 0.00 |
|  | One Main Financial 29 W. Willow Road Enid, OK 73703 |  | 4,000.00 | NA | NA | 0.00 |
|  | Orchard Bank |  | 0.00 | NA | NA | 0.00 |
|  | Regional Finance 2329 W. Willow Road Enid, OK 73703 |  | 8,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Signature Loans 506 W. Broadway Enid, OK 73701 | | 800.00 | NA | NA | 0.00 |
| | Sun Loan 11 S. Grand Enid, OK 73701 | | 1,500.00 | NA | NA | 0.00 |
| | Surgery Center Enid 1133 W. Willow Road Enid, OK 73701 | | 149.00 | NA | NA | 0.00 |
| | Works & Lentz 3030 N.W. Expressway Ste. 1300 Oklahoma City, OK 73112-5436 | | 0.00 | NA | NA | 0.00 |
| | World Finance 2312 W. Owen Garriot Ste. C Enid, OK 73703 | | 4,000.00 | NA | NA | 0.00 |
| 000006 | CAPITAL ONE AUTO FINANCE, A DIVISIO | 7100-000 | NA | 11,921.22 | 11,921.22 | 434.19 |
| 000001 | MERRICK BANK | 7100-000 | NA | 1,722.89 | 1,722.89 | 62.75 |
| 000002 | MERRICK BANK | 7100-000 | NA | 1,690.10 | 1,690.10 | 61.56 |
| 000005 | NAVIENT SOLUTIONS, LLC. | 7100-000 | NA | 39,470.70 | 39,470.70 | 1,437.58 |
| 000003 | SECURITY FINANCE CORPORATION | 7100-000 | NA | 1,600.00 | 1,600.00 | 58.27 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | SECURITY FINANCE CORPORATION | 7100-000 | NA | 1,600.00 | 1,600.00 | 58.27 |
| 000007 | WORKS AND LENTZ, INC., ON BEHALF OF | 7100-000 | NA | 955.85 | 955.85 | 34.82 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 75,149.00 | $ 58,960.76 | $ 58,960.76 | $ 2,147.44 |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| Case No: | 19-13085 SAH | Judge: Sarah A. Hall |
|---|---|---|
| Case Name: | LEAL, FIDENCIO | |
| | LEAL, EDWINA G. | |
| For Period Ending: | 03/01/21 | |

| Trustee Name: | SUSAN MANCHESTER, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 07/29/19 (f) |
| 341(a) Meeting Date: | 09/12/19 |
| Claims Bar Date: | 12/19/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 609 South Arapahoe Hennessey OK 73742-0000, Manufactured or mobile home, Land, 1973 Mobile Home & One acre of Land | 5,000.00 | 0.00 | | 0.00 | FA |
| 2. Various household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Two televisions & two cell phones | 500.00 | 0.00 | | 0.00 | FA |
| 4. Clothing for the debtors | 300.00 | 0.00 | | 0.00 | FA |
| 5. Community Bank | 70.00 | 0.00 | | 0.00 | FA |
| 6. State Bank | 50.00 | 0.00 | | 0.00 | FA |
| 7. Interbank | 13.00 | 0.00 | | 0.00 | FA |
| 8. MINERAL INTEREST (u) 32-20N-6W KINGFISHER & GARFIELD COUNTY | 3,850.00 | 3,000.00 | | 3,850.00 | FA |
| 9. 2019 TAX REFUND (u) | 294.00 | 100.00 | | 294.00 | FA |
| TOTALS (Excluding Unknown Values) | $11,077.00 | $3,100.00 | | $4,144.00 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 01, 2021, 10:26 am TDR SENT FOR REVIEW.
February 08, 2021, 10:19 am CUT CHECKS FOR TFR.
January 14, 2021, 09:19 am TFR FILED.
December 17, 2020, 12:49 pm PREPARE TFR & SENT FOR REVIEW.
November 19, 2020, 10:44 am CUT CHECK ATTY FEE $429.25 PER ORDER 34.
November 11, 2020, 12:21 pm FILED ATTY FEE.
November 05, 2020, 02:11 pm PREPARING ATTY FEES.
September 24, 2020, 03:47 pm EMAILED FOR 2019 RETURNS AGAIN.
July 10, 2020, 03:56 pm EMAILED FOR 2019 RETURNS AGAIN.
May 27, 2020, 03:05 pm RECEIVED IRS REFUND $294.00. EMAILED FOR RETURNS.
May 20, 2020, 01:14 pm EMAILED ATTY FOR 2019 RETURNS/REFUNDS.
December 30, 2019, 03:28 pm WAITING ON 2019 REFUNDS
December 05, 2019, 10:14 am CUT CHECK TO DAKIL $501.44 PER ORDER 27.
December 04, 2019, 03:19 pm MAILED DEED.
December 03, 2019, 02:06 pm APP TO PAY DAKIL.
November 25, 2019, 10:57 am FILED REPORT OF SALE.
November 22, 2019, 12:16 pm RECEIVED $3850.00 FROM DAKIL FOR AUCTION OF MINERALS.
October 21, 2019, 03:37 pm OIL AND GAS AUCTION SET FOR NOBEMBER OF 2019. MINERALS TO BE AUCTIONED. WAIT ON 2019 REFUNDS.
September 20, 2019, 01:43 pm APP HIRE DAKIL & NOTICE TO SELL MINERALS.
September 19, 2019, 02:55 pm ASSET DUE TO MINERAL INTEREST AND 2019 TAX REFUND. EMAILED ATTY.

Initial Projected Date of Final Report (TFR): 12/31/20    Current Projected Date of Final Report (TFR): 01/31/21

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 19-13085 -SAH | Trustee Name: | SUSAN MANCHESTER, TRUSTEE |
|---|---|---|---|
| Case Name: | LEAL, FIDENCIO | Bank Name: | Axos Bank |
| | LEAL, EDWINA G. | Account Number / CD #: | *******1017  Checking Account |
| Taxpayer ID No: | *******7606 | | |
| For Period Ending: | 03/01/21 | Blanket Bond (per case limit): | $ 7,478,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/19 | 8 | DAKIL AUCTIONEERS, INC. 200 N.W. 114TH STREET OKLAHOMA CITY, OK  73114 | MINERAL AUCTION | 1210-000 | 3,850.00 | | 3,850.00 |
| 12/05/19 | 002001 | DAKIL AUCTIONEERS, INC. 200 N.W. 114TH STREET OKLAHOMA CITY, OK  73114 | AUCTIONEER'S FEES PER ORDER 27 | | | 501.44 | 3,348.56 |
| | | | Fees            350.00 | 3610-000 | | | |
| | | | Expenses    151.44 | 3620-000 | | | |
| 05/27/20 | 9 | UNITED STATES TREASURY | 2019 TAX REFUNDS | 1224-000 | 294.00 | | 3,642.56 |
| 06/09/20 | 002002 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | 06/01/20 BOND # 016018042 | 2300-000 | | 2.12 | 3,640.44 |
| 11/19/20 | 002003 | SUSAN MANCHESTER 1100 N. SHARTEL OKLAHOMA CITY, OK 73103 | ATTORNEY FEE PER ORDER #34 | | | 429.25 | 3,211.19 |
| | | | Fees           413.25 | 3110-000 | | | |
| | | | Expenses    16.00 | 3120-000 | | | |
| 02/08/21 | 002004 | SUSAN MANCHESTER, TRUSTEE 1100 N. SHARTEL OKLAHOMA CITY, OK  73103 | Chapter 7 Compensation/Fees | 2100-000 | | 1,036.00 | 2,175.19 |
| 02/08/21 | 002005 | SUSAN MANCHESTER, TRUSTEE 1100 N. SHARTEL OKLAHOMA CITY, OK  73103 | Chapter 7 Expenses | 2200-000 | | 27.75 | 2,147.44 |
| 02/08/21 | 002006 | MERRICK BANK Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Claim 000001, Payment 3.64214% | 7100-000 | | 62.75 | 2,084.69 |
| 02/08/21 | 002007 | MERRICK BANK Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Claim 000002, Payment 3.64239% | 7100-000 | | 61.56 | 2,023.13 |
| 02/08/21 | 002008 | Security Finance Corporation Central Bankruptcy PO Box 1893 Spartanburg, SC 29304 | Claim 000003, Payment 3.64188% | 7100-000 | | 58.27 | 1,964.86 |
| 02/08/21 | 002009 | Security Finance Corporation Central Bankruptcy PO Box 1893 Spartanburg, SC 29304 | Claim 000004, Payment 3.64188% | 7100-000 | | 58.27 | 1,906.59 |
| 02/08/21 | 002010 | Navient Solutions, LLC. 220 Lasley Ave Wilkes-Barre, PA 18706 | Claim 000005, Payment 3.64214% | 7100-000 | | 1,437.58 | 469.01 |
| 02/08/21 | 002011 | Capital One Auto Finance, a division of Capital On PO Box 60511 City Of Industry CA 91716, CA 91716 | Claim 000006, Payment 3.64216% | 7100-000 | | 434.19 | 34.82 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 19-13085 -SAH | Trustee Name: | SUSAN MANCHESTER, TRUSTEE |
|---|---|---|---|
| Case Name: | LEAL, FIDENCIO | Bank Name: | Axos Bank |
|  | LEAL, EDWINA G. | Account Number / CD #: | *******1017  Checking Account |
| Taxpayer ID No: | *******7606 |  |  |
| For Period Ending: | 03/01/21 | Blanket Bond (per case limit): | $ 7,478,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/08/21 | 002012 | WORKS AND LENTZ, INC., ON BEHALF OF INTEGRIS BASS BAPTIST HEALTH CENTER 3030 NW EXPREWSSWAY, STE. 1300 OKLAHOMA CITY OK 73112 | Claim 000007, Payment 3.64283% | 7100-000 |  | 34.82 | 0.00 |

Total Of All Accounts    0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 22.03